# Golden's List of Companies: Federal District Court / Greenville, SC

Apple Inc.

Attn: Vice President & Chief IP Counsel

1 Infinite Loop

Cupertino, CA 95014

Incorporated Under the Laws of the State of California

Samsung Electronics, USA

Attn: Senior VP & Head of Silicon Valley IP Office, US IP Center

85 Challenger Rd.

Ridgefield Park, New Jersey 07660

Incorporated Under the Laws of the State of New York

LG Electronics, USA, Inc.

Attn: General Counsel (IP) at LG Electronics

1000 Sylvan Avenue

Englewood Cliffs, New Jersey 07632

Foreign corporation organized and existing under the laws of South Korea

Qualcomm Inc.

Attn: Executive VP, General Counsel Intellectual Property

5775 Morehouse Drive

San Diego, CA 92121

Incorporated Under the Laws of the State of Delaware

Motorola Solutions Inc. (Motorola Inc.)

Attn: Lead IP Counsel, Motorola Solutions

500 W Monroe Street, Suite 4400

Chicago, IL  60661-3781

Incorporated Under the Laws of the State of Delaware

Panasonic Corporation

Attn: Chief Intellectual Property Counsel

Two Riverfront Plaza

828 McCarter Hwy

Newark, NJ 07102

Foreign corporation organized and existing under the laws of Japan

AT&T Inc.

Attn: Chief Intellectual Property Counsel at AT&T

208 S. Akard St.

Dallas, TX 75202

Incorporated Under the Laws of the State of Delaware

Verizon Corporate Services Group

Attn: SVP & General Counsel for Verizon Corporate Services Group

295 N Maple Ave

Basking Ridge, NJ 07920

Incorporated Under the Laws of the State of Delaware

Sprint Corporation

Attn: Senior Intellectual Property Counsel at Sprint Corporation

6200 Sprint Pkwy.

Overland Park, KS 66251

Incorporated Under the Laws of the State of Delaware


T-Mobile USA, Inc.

Attn: Principal Corporate Counsel, Intellectual Property and Commercial Litigation

12920 SE 38th St.

Bellevue, WA 98006.

Incorporated Under the Laws of the State of Delaware


Ford Global Technologies, LLC

Attn: Edward J. Benz III, Chief Intellectual Property Counsel

Fairlane Plaza South, Suite 800

330 Town Center Drive

Dearborn, Michigan 48126

Incorporated Under the Laws of the State of Delaware


Fairway Ford Lincoln of Greenville

Attn: Owner, President and CEO / Intellectual Property

2323 Laurens Road

Greenville, SC 29607

Incorporated Under the Laws of the State of South Carolina

General Motors Company

Attn: Paul Margolis, Counsel, GM Legal Staff

300 Renaissance Center

Detroit, MI 48243

Incorporated Under the Laws of the State of Delaware


Kevin Whitaker Chevrolet

Attn: Owner, President and CEO / Intellectual Property

2320 Laurens Rd.

Greenville, SC 29607

Incorporated Under the Laws of the State of South Caroline


FCA US LLC

Attn: Chief Executive Officer – Michael Manley

1000 Chrysler Drive

Auburn Hills, MI 48326-2766

Foreign Corporation incorporated under the laws of the Netherlands


Big O Dodge Chrysler Jeep RAM

Attn: Owner, President and CEO / Intellectual Property

2645 Laurens Rd

Greenville, SC 29607

Incorporated Under the Laws of the State of South Carolina