# EXHIBIT K:

## Claim Chart for the '287 Patent

The following "Independent Claims" Chart of Plaintiff's Patents illustrates how the Plaintiff's claim of a Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e. cell phone, smartphone, laptop, PC, handheld) goes back to Plaintiff's 1st Patent '497 and narrows forward to Plaintiff's 10th Patent '287 that covers more of the specifications of the current day cell phone, smartphone, laptop, PC, handheld (i.e. Plaintiff's CMDC Device)

1

| Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: RE43,990; Independent Claim 11 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|
| Claim 22 of '439 narrows to 15 Limitations | Claim 1 of '189 narrows to 12 Limitations | Claim 11 of '990 narrows to 11 Limitations | Claim 1 of '497 narrows to 9 Limitations | 9 Limitations |
| A monitoring device, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product therebetween, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal at a monitoring site for monitoring products, interconnected to a product therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| at least one central processing unit (CPU); | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>*Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

| | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal connection... that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor / an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
|---|---|---|---|---|
| at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| at least one motion sensor in communication with the at least one CPU; | X | X | X | |
| at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | X |
| at least one global positioning system (GPS) connection in communication with the at least one CPU; | | | | |

3

| | | | | |
|---|---|---|---|---|
| at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of a… WiFi connection, internet connection,… capable of signal communication with… the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi… **X** | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection…. is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products. **X** | |
| at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; **X** | | **X** | |
| at least one locking mechanism in communication with the at least one CPU for locking the at least one communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; **X** | | **X** | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and **X** |

4

| | | | | |
|---|---|---|---|---|
| at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | | | |
| at least one biometric sensor in communication with the at least one CPU for providing biometric authentication to access the communication device; | | | | |
| the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | X | | | |
| wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | X | X | X | |
| an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; | | | | X |

| | | | | |
|---|---|---|---|---|
| at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; | |
| one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, a explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| | | | | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound, |

| | | | | |
|---|---|---|---|---|
| at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU;... | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | | |
| at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking detection device; ;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking detection device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking detection device;<br><br>X | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device,... or a building monitoring device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, a locking detection device,... or a building monitoring device;<br><br>X | whereupon detection of specific chemical/biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals.<br><br>X |

| | | | | |
|---|---|---|---|---|
| | X | | | X |
| | X | | | X |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; | | |
| | X | | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, stall, stop, or slowdown vehicles, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems, | |
| | X | | | X |

8