# EXHIBIT Q:

## Claim Chart for Panasonic Corp.

| Panasonic: Electronic Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| Panasonic ELUGA C 4GB / 64GB 5.5-inches: Smartphone<br><br>Panasonic POWER Smartphone<br><br>Panasonic ToughPad FZ-F1 Smartphone | A monitoring device, comprising: | A cell phone comprising:<br><br>*Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of Panasonic electronic devices: Qualcomm's Snapdragon System-on-a-chip (CPU) is the chipset | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>*Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

1

| | | | | | |
|---|---|---|---|---|---|
| Panasonic's electronic devices has various sensors like the temperature sensor for the battery and the CPU or processor. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| Panasonic's electronic devices accelerometers handle axis-based motion sensing—reason why the smartphone can track steps without a separate wearable. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| Panasonic's electronic device is equipped with a viewing screen for monitoring in communication with the at least one CPU | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| Panasonic's electronic device: GPS with A-GPS, GLONASS, BDS, GALILEO | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of… a cell phone detection device… from a satellite or a cell phone tower or… a GPS connection… causes a signal that includes at least one of location data or sensor data to be sent to the communication device… | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| Panasonic's electronic device: Wi-Fi, dual-band, Wi-Fi Direct, hotspot | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein at least one of a… WiFi connection, internet connection… capable of signal communication with… the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the… device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi… | | X |
| Panasonic's electronic device: cellular connection; Bluetooth | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | | X | X |
| Panasonic's electronic device: After several unsuccessful log-in attempts using a passcode, facial or fingerprint, a Panasonic device automatically locks itself up. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

3

| | | | | | |
|---|---|---|---|---|---|
| Panasonic's electronic devices wireless charging, GPS | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| Panasonic's electronic devices allows fingerprint and facial recognition | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop… is locked by the biometric lock disabler to prevent unauthorized use | X |

4

| | | | | | |
|---|---|---|---|---|---|
| Panasonic's T50 Compatible Bluetooth Smartwatch electronic device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| The device is also certified ANSI 12.12.01 for hazardous environments: gas or vapor hazards; ignitable gases, vapors or liquids; chemical dust, hydrocarbons, fuels, solvents and carbon monoxide. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

5

| | | | | | |
|---|---|---|---|---|---|
| Panasonic's electronic device, near-field communication (NFC) | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| The device is also certified ANSI 12.12.01 for hazardous environments: gas or vapor hazards; ignitable gases, vapors or liquids; chemical dust, hydrocarbons, fuels, solvents and carbon monoxide. | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

6

| | | | | | |
|---|---|---|---|---|---|
| Panasonic's T50 Compatible Bluetooth Smartwatch electronic device for chem / bio / human heart rate detection<br><br>The device is also certified ANSI 12.12.01 for hazardous environments: gas or vapor hazards; ignitable gases, vapors or liquids; chemical dust, hydrocarbons, fuels, solvents and carbon monoxide. | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| Panasonic's T50 Compatible Bluetooth Smartwatch electronic device for chem / bio / human heart rate detection and monitoring at rest or active | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

7

| | | | | | |
|---|---|---|---|---|---|
| The device is also certified ANSI 12.12.01 for hazardous environments: gas or vapor hazards; ignitable gases, vapors or liquids; chemical dust, hydrocarbons, fuels, solvents and carbon monoxide.<br><br>Panasonic's T50 Compatible Bluetooth Smartwatch electronic device for chem / bio / human heart rate detection | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |

8

# PANASONIC "TOUGHBOOK 31" Laptop

| "TOUGHBOOK 31" Laptop K-Max Self-flying Helicopter | Patent #: 9,589,439; Independent Claim 13 |
|---|---|
| The Lockheed Martin K-Max unmanned helicopter is controlled from a Panasonic "TOUGHBOOK 31" Laptop. K-Max has pre-programmed load pick-ups and can fly to pre-programmed locations | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| Sensa-LINX integrates with the LCD 3.3 and LCD-NEXUS chemical sensors; provides warning and reporting real-time sensor mapping capability for chemical sensors to communicate detection; C2 operator able to interrogate and control the networked sensors remotely. Easily deployable network of chemical sensors. The software can generate CBRN reports using ATP 45 messaging. In the event of a CBRNE incident, Sensa-LINX will provide an early warning. Laptop: Ruggedized Toughbook Panasonic 31. | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; |
| CPU: Intel® Core™ i5-3380M vPro™ Processor; 2.9GHz with Turbo Boost up to 3.6GHz; Intel Smart Cache 3MB; Intel® Core™ i5-3340M vPro™ Processor; 2.7GHz with Turbo Boost up to 3.4GHz; Intel Smart Cache 3MB; Intel® Core™ i3-3120M Processor; 2.5GHz; Intel Smart Cache 3MB | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; |
| Panasonic Toughbook CF-31 – commonly used with Grace-Watch; Grace-Watch receives and processes SC500 and TPASS 3 signals and transmits Call-Back, Report-In, and Roll Call signals to these telemetry devices. Radio Frequency energy signal that is sent wirelessly. RF Pass through special connectors on the back of the laptop. The Toughbook 31 uses a GOBI card capable of high speed / 4G internet. Hard Disk Lock; Kensington cable lock slot | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | |
|---|---|
| Panasonic Toughbook CF-31 – commonly used with Grace-Watch; Grace-Watch receives and processes SC500 and TPASS 3 signals and transmits Call-Back, Report-In, and Roll Call signals to these telemetry devices. Radio Frequency energy signal that is sent wirelessly. RF Pass through special connectors on the back of the laptop. The Toughbook 31 uses a GOBI card capable of high speed / 4G internet. Hard Disk Lock; Kensington cable lock slot | a receiver for receiving signals, data or messages from at least one of the multi-sensor detection device, the maritime cargo container, the cell phone detection device, or the locking device; |
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; |
| Wireless: n Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); Security; Authentication: LEAP, WPA, 802.1x, EAP-TLS, EAP-FAST, PEAP; Encryption: CKIP, TKIP, 128-bit and 64-bit WEP, Hardware AES; User-selectable antenna pass-through (dual standard, single optional); Slide on/off switch | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and |
| Security features: Password Security: Supervisor, User, Hard Disk Lock; Kensington cable lock slot; Trusted platform module (TPM) security chip v.1.22; Computrace theft protection agent in BIOS8; Intel® Anti-Theft Technology; Optional fingerprint reader; Optional insertable SmartCard reader | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock locking devices, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; |

2

| | |
|---|---|
| Communication device, Laptop: Ruggedized Toughbook Panasonic 31; Sensa-LINX integrates with the LCD 3.3 and LCD-NEXUS chemical sensors; Integrated Options: 4G LTE multi carrier mobile broadband with satellite GPS; GPS (SiRFstarIII™); Webcam2; 2nd LAN (10/100)2 or Modem; Insertable SmartCard reader; Fingerprint reader; Security features: Password Security: Supervisor, User, Hard Disk Lock; Kensington cable lock slot; | wherein the communication device receives a signal via any of one or more products in any product grouping categories; |
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | wherein the at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, or short range radio frequency (RF) connection is capable of signal communication with the transmitter, the receiver of the communication device, or transceivers of the products; |
| Fingerprint reader. Security; Authentication: LEAP, WPA, 802.1x, EAP-TLS, EAP-FAST, PEAP | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; |
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency (RF), and short range radio frequency (RF). |

3

| "TOUGHBOOK 31" Laptop Passport Systems Inc. Base Control Unit (BCU) | Patent #: 9,589,439; Independent Claim 13 | Patent #: RE 43,990; Dependent Claims |
|---|---|---|
| "TOUGHBOOK 31" Laptop / Passport Systems Inc. Base Control Unit (BCU): The Passport Systems "Base Control Unit" (BCU) is implemented using the Panasonic Toughbook ruggedized laptop | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | 18. The communication device [of claim 11] wherein the communication device having a basic monitoring terminal can be adapted and incorporated to include desktop computers, notebook, PC's, laptops, cell phones, smart phones, LCD monitors, and satellite monitoring. |
| In response to the Domestic Nuclear Detection Office's (DNDO) BAA 09-102 Passport Systems, Inc. has developed a system of networked portable spectroscopic radiation detectors to improve the detection, and identification of radiological threats. | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | 118. The multi-sensor detection system [of claim 103] wherein the cell phone, the smart phone, and the cell phone detector case have a plurality of sensors for detecting at least one of a chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which are capable of being disposed within the cell phone, the smart phone, or the cell phone detector case. |

1

| | | |
|---|---|---|
| CPU: Intel® Core™ i5-3380M vPro™ Processor; 2.9GHz with Turbo Boost up to 3.6GHz; Intel Smart Cache 3MB; Intel® Core™ i5-3340M vPro™ Processor; 2.7GHz with Turbo Boost up to 3.4GHz; Intel Smart Cache 3MB; Intel® Core™ i3-3120M Processor; 2.5GHz; Intel Smart Cache 3MB | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | 12. The communication device [of claim 11] wherein each communication device includes at least one of an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu). |
| Panasonic Toughbook CF-31 – commonly used with Grace-Watch; Grace-Watch receives and processes SC500 and TPASS 3 signals and transmits Call-Back, Report-In, and Roll Call signals to these telemetry devices. Radio Frequency energy signal that is sent wirelessly. RF Pass through special connectors on the back of the laptop. The Toughbook 31 uses a GOBI card capable of high speed / 4G internet. Hard Disk Lock; Kensington cable lock slot | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | 28. The communication device [of claim 11] wherein the communication device can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device. |

2

| | | |
|---|---|---|
| Panasonic Toughbook CF-31 – commonly used with Grace-Watch; Grace-Watch receives and processes SC500 and TPASS 3 signals and transmits Call-Back, Report-In, and Roll Call signals to these telemetry devices. Radio Frequency energy signal that is sent wirelessly. RF Pass through special connectors on the back of the laptop. The Toughbook 31 uses a GOBI card capable of high speed / 4G internet. Hard Disk Lock; Kensington cable lock slot | a receiver for receiving signals, data or messages from at least one of the multi-sensor detection device, the maritime cargo container, the cell phone detection device, or the locking device; | 28. The communication device [of claim 11] wherein the communication device can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device. |
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | 25. The communication device [of claim 11] wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection. |

3

| | | |
|---|---|---|
| Wireless: n Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); Security; Authentication: LEAP, WPA, 802.1x, EAP-TLS, EAP-FAST, PEAP; Encryption: CKIP, TKIP, 128-bit and 64-bit WEP, Hardware AES; User-selectable antenna pass-through (dual standard, single optional); Slide on/off switch | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | 20. The communication device [of claim 11] wherein the communication device can be interconnected through wire or wireless for communication, signals, commands and transmission of data. |
| Security features: Password Security: Supervisor, User, Hard Disk Lock; Kensington cable lock slot; Trusted platform module (TPM) security chip v.1.22; Computrace theft protection agent in BIOS8; Intel® Anti-Theft Technology; Optional fingerprint reader; Optional insertable SmartCard reader | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock locking devices, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; | 28. The communication device [of claim 11] wherein the communication device can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device. |

4

| | | |
|---|---|---|
| Communication device, Laptop: Ruggedized Toughbook Panasonic 31; Sensa-LINX integrates with the LCD 3.3 and LCD-NEXUS chemical sensors; Integrated Options: 4G LTE multi carrier mobile broadband with satellite GPS; GPS (SiRFstarIII™); Webcam2; 2nd LAN (10/100)2 or Modem; Insertable SmartCard reader; Fingerprint reader; Security features: Password Security: Supervisor, User, Hard Disk Lock; Kensington cable lock slot; | wherein the communication device receives a signal via any of one or more products in any product grouping categories; | 32. The communication device [of claim 11] wherein the communication device having products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification… similarities in material composition... ; similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing... |

5

| | | |
|---|---|---|
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | wherein the at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, or short range radio frequency (RF) connection is capable of signal communication with the transmitter, the receiver of the communication device, or transceivers of the products; | 25. The communication device [of claim 11] wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection. |
| Fingerprint reader. Security; Authentication: LEAP, WPA, 802.1x, EAP-TLS, EAP-FAST, PEAP | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; | 30. The communication device [of claim 11] wherein the communication device is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals. |

6

| | | |
|---|---|---|
| Optional integrated 4G LTE multi carrier mobile broadband with satellite GPS; Optional GPS (SiRFstarIII™); Intel® Centrino® Advanced-N 6235 802.11a/b/g/n; Bluetooth® v4.0 + EDR (Class 1); | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency (RF), and short range radio frequency (RF). | 25. The communication device of [claim 11] wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection. |

7