# EXHIBIT R:

## Claim Chart for Ford

The Ford Sync Connect Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles. The Ford Sync Connect Apps allows the CMDC device user to command the forenamed vehicles to lock and unlock; remote start, including scheduling a future start; vehicle status, including fuel, oil and battery levels, along with tire pressure readings; and, vehicle location.

Ford Sync Connect system iPhone Compatibility: Requires iOS 10.0 or later. Compatible with iPhone 5s, iPhone 6, iPhone 6 Plus, iPhone 6S, iPhone 6S Plus, iPhone SE, iPhone 7, iPhone 7 Plus, iPhone 8, iPhone 8 Plus, iPhone X, iPhone XS, iPhone XS Max, iPhone XR. Apple Store: Ford Motor Company's Explorer, Expedition, F-150, and Mustang mobile apps are downloaded from the App Store for managing Ford's vehicles remotely.

**APPLE's CMDC DEVICES**

| Apple Inc.: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The Ford Sync Connect Apps are the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles. | A monitoring device, comprising: | A cell phone comprising: *Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of Apple's CMDC devices: CPU that's a part of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu); *Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

2

| | | | | | |
|---|---|---|---|---|---|
| Apple Files Patent for a new Temperature Sensor tied to a new Interactive Battery Indicator | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| Apple's CMDC devices: Apple M-series coprocessors are motion coprocessors used by Apple Inc. in their mobile devices. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| Apple's CMDC devices: Highest absolute color accuracy; full screen brightness; full screen contrast; contrast ratio; lowest screen reflectance; smallest brightness variation | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| Apple's CMDC device: GPS with A-GPS, GLONASS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device: Wi-Fi, dual-band, hotspot<br><br>Ford Sync Connect system iPhone Compatibility: CMDC device requires iOS 10.0 or later | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein at least one of a… WiFi connection, internet connection… capable of signal communication with… the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi… | X |
| Apple's CMDC device: cellular connection; Bluetooth<br><br>Ford Sync Connect system iPhone Compatibility: CMDC device requires iOS 10.0 or later | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| Apple's CMDC device includes a feature on that disables and erases all of the devices data after 10 failed passcode attempts. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device batteries and wall chargers which employ USB PD have the ability to charge devices up to 100W output using a USB-C connector | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| Apple's CMDC device features include sensors for face/smile detection, and fingerprint recognition. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air using a "sample jet" and sends detection data to another phone or a computer<br><br>Apple Watch Series 3 electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| Apple's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Apple Smartphone) or a computer<br>"How does it work?"<br>Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

6

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device, NFC is a short-range high frequency wireless communication technology; enables the exchange of data between devices; share content between digital devices. | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Apple's Viper SmartStart: Start, locate and control your car with your iPhone, or Apple Watch. Viper system in your car so you can start, lock and unlock your car<br><br>The Ford Sync Connect Apps allows the Apple CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

| | | | | |
|---|---|---|---|---|
| Apple's Viper SmartStart: Start, locate and control your car with your iPhone, or Apple Watch. "Nice": Manages the gate and garage door from your iPhone or Apple Watch using the Home app (i.e. voice) Siri. Apple HomeKit is a system that controls smart home devices. Viper system in your car so you can start, lock and unlock your car | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| Apple's CMDC devices (i.e. at least iPhone 7 & iPhone 8 smartphones, and Apple Watch Series 3 | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Apple Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |



COMPLAINANT'S
COMMUNICATION, MONITORING
DETECTING, CONTROLLING (CMDC) DEVICE

INTERCONNECTION
CAPABILITIES

RESPONDENT'S MOBILE DEVICE
iPHONE 7

2 CELLULAR

3 WIRELESS/ CELLULAR MODEM

6 OPERATING SYSTEM (OS)

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

8 GATEWAY - INTERFACE

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

12

13 CBRN-E DETECTION DEVICE

14 INFRARED DETECTION OF HUMANS

15 BIOMETRIC IDENTIFICATION DEVICE

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

16 SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

17 VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE

18 UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

19 HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

20 GATEWAY - INTERFACE

22 CELLULAR

26 OPERATING SYSTEM (OS)

23 WIRELESS/ CELLULAR MODEM

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

24 SATELLITES

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS



COMPLIANANT'S
COMMUNICATION, MONITORING
DETECTING, CONTROLLING (CMDC) DEVICE

INTERCONNECTION
CAPABILITIES

RESPONDENT'S MOBILE DEVICE
iPhone 8

2 CELLULAR

22 CELLULAR

3 WIRELESS/CELLULAR MODEM

6 OPERATING SYSTEM (OS)

12

13 CBRN-E DETECTION DEVICE

14 INFRARED DETECTION OF HUMANS

15 BIOMETRIC IDENTIFICATION DEVICE

16 WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

17 SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

18 VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE

19 UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

HOME BUILDING MONITORING
LOCK, UNLOCK DOOR, ETC

8 GATEWAY - INTERFACE

20 GATEWAY - INTERFACE

1 COMPLIANANT'S CENTRAL PROCESSING UNIT (CPU)

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

26 OPERATING SYSTEM (OS)

23 WIRELESS/CELLULAR MODEM

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

24 SATELLITES

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

The Ford Sync Connect Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles. The Ford Sync Connect Apps allows the CMDC device user to command the forenamed vehicles to lock and unlock; remote start, including scheduling a future start; vehicle status, including fuel, oil and battery levels, along with tire pressure readings; and, vehicle location.

Ford Sync Connect system Android Compatibility: You can utilize Google's Android Auto to connect your smartphone to the Ford Sync Connect system. Ford Motor Company's Explorer, Expedition, F-150, and Mustang mobile apps are downloaded from Google Play for managing Ford's vehicles remotely.

**SAMSUNG's CMDC DEVICES**

1

| Samsung: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The Ford Sync Connect Apps are the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150 and Mustang vehicles. | A monitoring device, comprising: | A cell phone comprising:  *Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of Samsung's CMDC devices: CPU that's a part of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);  *Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC devices has various sensors like the temperature sensor for the battery and the CPU or processor. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| Samsung's CMDC devices accelerometers handle axis-based motion sensing—reason why the smartphone can track steps without a separate wearable. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| Samsung's CMDC device has set the bar with the highest-rated smartphone displays. With a panel produced by Samsung, and optimized by Apple | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| Samsung's CMDC device: GPS with A-GPS, GLONASS, BDS, GALILEO | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

3

| | | | | |
|---|---|---|---|---|
| Samsung's CMDC device: Wi-Fi, dual-band, Wi-Fi Direct, hotspot<br><br>Ford Sync Connect system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein at least one of a… WiFi connection, internet connection… capable of signal communication with… the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the… device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi… | X |
| Samsung's CMDC device: cellular connection; Bluetooth<br><br>Ford Sync Connect system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| Samsung's CMDC device: After several unsuccessful log-in attempts using a passcode or fingerprint, the Samsung CMDC device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

4

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC devices Fast Charge power bank has a capacity of 5,100mAh and can provide up to 1.5 charges for the majority of smartphones. The power bank has an LED power indicator; comes with a micro USB cable and a micro USB to USB Type-C adapter. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| Samsung's CMDC devices allows fingerprints to set-up the fingerprint scanner for easy log-in and lock-out. Face unlock uses the front-facing camera to identify the user and unlock the device. Iris scanning uses special sensors on front of phone to identify and unlock the device. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop… is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air using a "sample jet" and sends detection data to another phone or a computer<br><br>Samsung's S3 Classic electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| Samsung's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Samsung Smartphone) or a computer<br>"How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

6

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC device, near-field communication (NFC) Ring can unlock the device. The NFC Ring has two NFC tag inlays inside the ring and can be used to unlock & control mobile devices | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Samsung's SmartThings contains: Connects to appliances, lights, locks, cameras, thermostats, sensors. BMW Digital Key to lock/unlock; and start it up with Samsung phones only.

The Ford Sync Connect Apps allows the Samsung CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;

a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;

a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

7

| | | | | |
|---|---|---|---|---|
| Samsung's SmartThings Home Monitoring Kit contains: one SmartThings Hub, two SmartThings Multipurpose Sensors, one SmartThings Motion Sensor, and one SmartThings Outlet. Connects to appliances, lights, speakers, locks, cameras, thermostats, sensors. Get alerts on smartphone if there's unexpected entry or motion in the home. | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| Samsung's CMDC devices (i.e. at least the Galaxy Note 8 & Galaxy S8 smartphones, and Samsung Gear S3 Classic | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Samsung Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |



**COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE**

2 CELLULAR

3 WIRELESS/CELLULAR MODEM

6 OPERATING SYSTEM (OS)

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

8 GATEWAY - INTERFACE

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

12 INTERCONNECTION CAPABILITIES

13 CBRN-E DETECTION DEVICE

14 INFRARED DETECTION OF HUMANS

15 BIOMETRIC IDENTIFICATION DEVICE

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

16 SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

17 VEHICLE STALL-STOP-SLOWDOWN; LOCKS, IGNITION, TEMPERATURE

18 UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

19 HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

**RESPONDENT'S MOBILE DEVICE GALAXY NOTE 8**

22 CELLULAR

26 OPERATING SYSTEM (OS)

23 WIRELESS/CELLULAR MODEM

20 GATEWAY - INTERFACE

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

24 SATELLITES

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS



INTERCONNECTION
CAPABILITIES

12

COMPLAINANT'S
COMMUNICATION, MONITORING
DETECTING, CONTROLLING (CMDC) DEVICE

RESPONDENT'S MOBILE DEVICE
GALAXY S8

CBRN-E DETECTION DEVICE

13

INFRARED DETECTION OF HUMANS

14

BIOMETRIC IDENTIFICATION DEVICE

15

WEARABLE MEDICAL
DEVICE - CHEM/BIO MONITORING

16

SMARTWATCH DETECTION
CHEM/BIO/HUMAN+HEARTRATE

17

VEHICLE STALL-STOP-SLOWDOWN,
LOCKS, IGNITION, TEMPERATURE

18

UNMANNED VEHICLES; LAND, AIR, WATER
AUTONOMOUS VEHICLES

19

HOME BUILDING MONITORING
LOCK, UNLOCK DOOR, ETC

2  CELLULAR

22  CELLULAR

3  WIRELESS/
CELLULAR
MODEM

6  OPERATING
SYSTEM
(OS)

8  GATEWAY - INTERFACE

1  COMPLAINANT'S
CENTRAL PROCESSING UNIT
(CPU)

4  SATELLITES

5  GLOBAL
POSITIONING
SYSTEM
(GPS)

7  INTERNET
WiFi

9  DISABLING
LOCK MECHANISM
AFTER MULTIPLE
FAILED ATTEMPTS

10  BIOMETRIC
FINGERPRINT
FACIAL
IRIS

11  RADIO FREQUENCY
(RF) NEAR FIELD
COMMUNICATION
(NFC)

20  GATEWAY - INTERFACE

26  OPERATING
SYSTEM
(OS)

23  WIRELESS/
CELLULAR
MODEM

21  RESPONDENT'S
CENTRAL PROCESSING UNIT
(CPU)

27  INTERNET
WiFi

25  GLOBAL
POSITIONING
SYSTEM
(GPS)

24  SATELLITES

28  RADIO FREQUENCY
(RF) NEAR FIELD
COMMUNICATION
(NFC)

29  BIOMETRIC
FINGERPRINT
FACIAL
IRIS

30  DISABLING
LOCK MECHANISM
AFTER MULTIPLE
FAILED ATTEMPTS

The Ford Sync Connect Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles. The Ford Sync Connect Apps allows the CMDC device user to command the forenamed vehicles to lock and unlock; remote start, including scheduling a future start; vehicle status, including fuel, oil and battery levels, along with tire pressure readings; and, vehicle location.

Ford Sync Connect system Android Compatibility: You can utilize Google's Android Auto to connect your smartphone to the Ford Sync Connect system. Ford Motor Company's Explorer, Expedition, F-150, and Mustang mobile apps are downloaded from Google Play for managing Ford's vehicles remotely.

**LG's CMDC DEVICES**

| LG Electronics: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The Ford Sync Connect Apps are the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150 and Mustang vehicles. | A monitoring device, comprising: | A cell phone comprising:<br><br>*Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of LG's CMDC devices: CPU that's at the core of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>*Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC devices has an internal temperature sensor which monitors the CPU and battery temperature of device | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| LG's CMDC devices, starting with LG G2, you can calibrate the motion sensor by going to Settings > General tab > Motion. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| LG's CMDC devices: Thin Q has "the brightest" screen of any smartphone, thanks to its Super Bright Display technology. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| LG's CMDC devices: GPS with A-GPS, GLONASS, and BDS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

3

| | | | | |
|---|---|---|---|---|
| LG's CMDC devices: Wi-Fi, Wi-Fi Direct<br><br>Ford Sync Connect system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein at least one of a... WiFi connection, internet connection... capable of signal communication with... the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi... | X |
| LG's CMDC devices: cellular connection; Bluetooth<br><br>Ford Sync Connect system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| After multiple unsuccessful attempts, LG's CMDC devices will automatically perform a factory data reset and all of the personal files will be erased. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

4

| | | | | | |
|---|---|---|---|---|---|
| Battery Charging Specification, is power drawn from a USB port for charging. Three different sources of power: Standard downstream port (SDP), charging downstream port (CDP), and dedicated charging port (DCP). Wireless charging | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| LG's CMDC devices: features include sensors for face/smile detection, iris scanner, and fingerprint recognition. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | |
|---|---|---|---|---|
| LG's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air and sends detection data to another phone or a computer<br><br>LG Watch Sport Smartwatch wireless, wearable, mobile, electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| LG's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. LG Smartphone) or a computer<br>"How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC device, NFC is a short-range high frequency wireless communication technology; enables the exchange of data between devices; share content between digital devices. | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Voice Mate (i.e. Quick Voice; Q Voice) built-in application for various LG CMDC devices (i.e. smartphone); lock and unlock doors, activate and deactivate security systems.<br><br>The Ford Sync Connect Apps allows the LG CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

| | | | | |
|---|---|---|---|---|
| Voice Mate (i.e. Quick Voice; Q Voice) built-in application for various LG CMDC devices (i.e. smartphone); automatic activation features; when car engine is started; lock and unlock doors, activate and deactivate security systems. LG SmartThinQ® app for smart home appliances built on an open platform, so it will work with evolving smart devices… | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| LG's CMDC devices (i.e. at least LG G5 & LG V10 smartphones, and LG Watch Sport Smartwatch | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. LG Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |



INTERCONNECTION CAPABILITIES
12

COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE

RESPONDENT'S MOBILE DEVICE LG G6

CELLULAR
2

SATELLITES
4

3 WIRELESS/ CELLULAR MODEM

6 OPERATING SYSTEM (OS)

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

8 GATEWAY - INTERFACE

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

CBRN-E DETECTION DEVICE
13

INFRARED DETECTION OF HUMANS
14

BIOMETRIC IDENTIFICATION DEVICE
15

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING
16

SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE
17

VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE
18

UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES
19

HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

20 GATEWAY - INTERFACE

26 OPERATING SYSTEM (OS)

23 WIRELESS/ CELLULAR MODEM

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

CELLULAR
22

SATELLITES
24

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS



COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE
INTERCONNECTION CAPABILITIES
RESPONDENT'S MOBILE DEVICE LG V30
CBRN-E DETECTION DEVICE
INFRARED DETECTION OF HUMANS
BIOMETRIC IDENTIFICATION DEVICE
WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING
SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE
VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE
UNMANNED VEHICLES; LAND,AIR,WATER AUTONOMOUS VEHICLES
HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC
CELLULAR
WIRELESS/ CELLULAR MODEM
OPERATING SYSTEM (OS)
GATEWAY - INTERFACE
COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)
RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)
GLOBAL POSITIONING SYSTEM (GPS)
INTERNET WiFi
SATELLITES
DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS
BIOMETRIC FINGERPRINT FACIAL IRIS
RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

**Requirements / Ford Sync Connect System:**

- Ford adds connected vehicle capability with new SYNC Connect, enabling drivers to access their vehicles using a smartphone app.
- With SYNC Connect, Ford is enhancing its connected car capability – now making it easier for customers to use by providing remote access to their vehicle features via a smartphone app.
- "The technology helps you seamlessly integrate your vehicle into your lifestyle. Get locked out? Cold outside? Forget where you parked? No problem. Just use your smartphone."
- The app is connected to a built-in modem in the vehicle – allowing owners to remotely access features via their smartphones.
- Vehicle features SYNC Connect users can remotely access are: Lock and unlock; Remote start, including scheduling a future start; Vehicle status, including fuel, oil and battery levels, along with tire pressure readings; and, Vehicle location.
- Ford SYNC is the industry's first system to widely and most affordably offer voice-activated technology to control smartphones.

**FORD SYNC CONNECT SYSTEM**

1

| **Ford Sync Connect System** | **Patent Owner's CMDC Device**<br>**Patent #: 10,163,287; Independent Claim 1** |
|---|---|
| The Ford Sync Connect Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles for locking and unlocking the vehicles doors. | Monitoring equipment that is at least one of products grouped together by common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to a lock for communication therebetween; the monitoring equipment comprising: |
| System-on-a-chip (SoC) that comprises a Central Processing Unit (CPU) is a component of the CMDC smartphone. The CMDC smartphone is a process of the Ford Sync Connect System. | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between the monitoring equipment and the lock |
| The Ford Sync Connect App downloaded on the CMDC smartphones enables a signal to be sent to the vehicles to lock or unlock the vehicles' doors. The Ford Sync Connect App and the CMDC smartphone are processes of the Ford Sync Connect System. | a transmitter for transmitting signals and messages to at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock; |
| The Ford Sync Connect App downloaded on the CMDC smartphones enables a signal to be received from the vehicles of the lock or unlock status of the vehicles' doors. The Ford Sync Connect App and the CMDC smartphone are processes of the Ford Sync Connect System. | a receiver for receiving signals from at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock |

2

| | |
|---|---|
| Safety feature of the CMDC smartphones. The CMDC smartphone is a process of the Ford Sync Connect System | a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries; |
| Read and performance feature of the CMDC smartphones. The CMDC smartphone is a process of the Ford Sync Connect System | a short-range radio frequency (RF) connection that is near-field communication (NFC); |
| Ford Sync Connect system iPhone Compatibility: CMDC device requires iOS 6.0 or later. Ford Sync Connect Android Compatibility: CMDC device must be running Android 2.1 or higher. Operating systems are components of the CMDC smartphones that enables Wi-fi, Bluetooth, and cellular. The CMDC smartphone is a process of the Ford Sync Connect System. | at least one of the satellite connection, Bluetooth connection, WiFi connection, Internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection that is capable of signal communication with the transmitter or the receiver; |
| Security feature of the CMDC smartphones. The CMDC smartphone is a process of the Ford Sync Connect System | at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and, |
| The Ford Sync Connect Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Explorer, Expedition, F-150, and Mustang vehicles for locking and unlocking the vehicles doors. | the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock, whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the remote lock, electrical lock, mechanical lock, or automatic lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment. |

Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least, Ford's Evasive Steering Assist; Ford's Pre-Collision Assist; Ford's Reverse Brake Assist; Ford's AdvanceTrac Electronic Stability Control (ESC); Ford's Lane-Keeping system; or, Ford's Adaptive Cruise Control.

**FORD PRE-PROGRAMMED STALL, STOP, OR VEHICLE SLOW-DOWN SYSTEMS**

1

| Ford Pre-programmed Stall, Stop, or Vehicle Slow-down System | Patent Owner's CMDC Device Patent #: RE$#,891; Independent Claim 44 |
|---|---|
| Ford's Pre-programmed Stall, Stop, or Vehicle Slow-down Systems for at least Explorer, Expedition, F-150, and Mustang vehicles | A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least Ford's Evasive Steering Assist; Pre-Collision Assist; Reverse Brake Assist; AdvanceTrac Electronic Stability Control (ESC); Lane-Keeping system; or, Adaptive Cruise Control. | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least Ford's Evasive Steering Assist; Pre-Collision Assist; Reverse Brake Assist; AdvanceTrac Electronic Stability Control (ESC); Lane-Keeping system; or, Adaptive Cruise Control. | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least Ford's Evasive Steering Assist; Pre-Collision Assist; Reverse Brake Assist; AdvanceTrac Electronic Stability Control (ESC); Lane-Keeping system; or, Adaptive Cruise Control. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |

2

| | |
|---|---|
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least Ford's Evasive Steering Assist; Pre-Collision Assist; Reverse Brake Assist; AdvanceTrac Electronic Stability Control (ESC); Lane-Keeping system; or, Adaptive Cruise Control. | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
| Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Explorer, Expedition, F-150, and Mustang vehicles equipped with at least Ford's Evasive Steering Assist; Pre-Collision Assist; Reverse Brake Assist; AdvanceTrac Electronic Stability Control (ESC); Lane-Keeping system; or, Adaptive Cruise Control. | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |
| **Ford Pre-programmed Stall, Stop, or Vehicle Slow-down Systems** | **Patent Owner's CMDC Device**<br>**Patent #: RE43,891; Dependent Claim 48, 48, 49, 50, 51, & 53** |
| Ford's Evasive Steering Assist comes into play, employing the camera and radar sensor technology of the available Pre-Collision Assist with Automatic Emergency Braking to detect the vehicle ahead and apply active brake | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |

| | |
|---|---|
| Ford's Pre-Collision Assist feature uses camera technology to detect a potential collision with a vehicle or pedestrian directly in front of your vehicle. If you don't take corrective action and a collision is imminent, brakes can apply automatically. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Ford's reverse brake assist with automatic emergency brake (AEB) will help prevent drivers from hitting an object while backing up. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Ford's AdvanceTrac Electronic Stability Control automatically detects wheel-slippage, while adjusting torque & braking to gain control & traction. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Ford's Lane-Keeping system has three modes: Lane-Keeping Aid applies steering torque to direct you back to the center of the lane. Lane-Keeping Alert warns you through steering wheel vibrations. You can set the system to activate either the Alert or Aid mode, or both. And Driver Alert sends out warnings in the message center. | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |

4

| Ford's Adaptive Cruise Control lets you set a cruising speed and distance from the vehicle in front of you, an especially helpful feature in slow traffic conditions. When traffic ahead slows down, you automatically do too | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |
|---|---|

**Illustration 1**



**CELLULAR**

**Illustration 2**



**SATELLITE**

## Illustration 3

Handheld
Communication
Device



Portable
Communication
Device



Fixed
Communication
Device



# ELECTROMAGNETIC PULSE (EMP)

## Illustration 4

Handheld
Communication
Device



Portable
Communication
Device



Fixed
Communication
Device



# ELECTROSTATIC DISCHARGE (ESD)

**Illustration 5**



# HIGH POWER MICROWAVE (HPM)

**Illustration 6**



# RADIO FREQUENCY (RF)

**Illustration 7**



## PRE-PROGRAMMED AUTOMATED SYSTEM
## ACTIVATED BY THE BOMB DETECTION SYSTEM

**Illustration 8**



## PRE-PROGRAMMED AUTOMATED SYSTEM
## ACTIVATED BY THE PRE-CRASH SYSTEM



**Fig. 18**

**SMARTPHONE / LAPTOP**