# EXHIBIT S:

# Claim Chart for Chevrolet

General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, and LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. The GM Remote Access Apps allows the CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles doors; remotely start and cancel start the vehicles; sound the horn of the vehicles; or, flash the lights of the vehicles.

GM Remote Access system iPhone Compatibility: Requires iOS 10.0 or later. Compatible with iPhone 5s, iPhone 6, iPhone 6 Plus, iPhone 6S, iPhone 6S Plus, iPhone SE, iPhone 7, iPhone 7 Plus, iPhone 8, iPhone 8 Plus, iPhone X, iPhone XS, iPhone XS Max, iPhone XR. Apple Store: General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are downloaded from the App Store for managing GM's vehicles remotely.

**APPLE's CMDC DEVICES**

1

| Apple Inc.: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The GM Remote Access Apps is the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. | A monitoring device, comprising: | A cell phone comprising:<br><br>*Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of Apple's CMDC devices: CPU that's a part of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>*Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

| | | | | | |
|---|---|---|---|---|---|
| Apple Files Patent for a new Temperature Sensor tied to a new Interactive Battery Indicator | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| Apple's CMDC devices: Apple M-series coprocessors are motion coprocessors used by Apple Inc. in their mobile devices. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| Apple's CMDC devices: Highest absolute color accuracy; full screen brightness; full screen contrast; contrast ratio; lowest screen reflectance; smallest brightness variation | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| Apple's CMDC device: GPS with A-GPS, GLONASS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device: Wi-Fi, dual-band, hotspot<br><br>GM Remote Access system iPhone Compatibility: CMDC device requires iOS 10.0 or later | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein at least one of a... WiFi connection, internet connection... capable of signal communication with... the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi... | X |
| Apple's CMDC device: cellular connection; Bluetooth<br><br>GM Remote Access system iPhone Compatibility: CMDC device requires iOS 10.0 or later | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| Apple's CMDC device includes a feature on that disables and erases all of the devices data after 10 failed passcode attempts. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device batteries and wall chargers which employ USB PD have the ability to charge devices up to 100W output using a USB-C connector | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| Apple's CMDC device features include sensors for face/smile detection, and fingerprint recognition. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air using a "sample jet" and sends detection data to another phone or a computer<br><br>Apple Watch Series 3 electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| Apple's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Apple Smartphone) or a computer<br>"How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device, NFC is a short-range high frequency wireless communication technology; enables the exchange of data between devices; share content between digital devices. | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU... | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Apple's Viper SmartStart: Start, locate and control your car with your iPhone, or Apple Watch. Viper system in your car so you can start, lock and unlock your car<br><br>The GM Remote Access Apps allows the Apple CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological... agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

| | | | | |
|---|---|---|---|---|
| Apple's Viper SmartStart: Start, locate and control your car with your iPhone, or Apple Watch. "Nice": Manages the gate and garage door from your iPhone or Apple Watch using the Home app (i.e. voice) Siri. Apple HomeKit is a system that controls smart home devices. Viper system in your car so you can start, lock and unlock your car | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| Apple's CMDC devices (i.e. at least iPhone 7 & iPhone 8 smartphones, and Apple Watch Series 3 | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

| | | | | | |
|---|---|---|---|---|---|
| Apple's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Apple Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |



COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE

INTERCONNECTION CAPABILITIES

RESPONDENT'S MOBILE DEVICE iPHONE 7

CELLULAR

SATELLITES

WIRELESS/ CELLULAR MODEM

OPERATING SYSTEM (OS)

COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

GLOBAL POSITIONING SYSTEM (GPS)

INTERNET WiFi

GATEWAY - INTERFACE

DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

BIOMETRIC FINGERPRINT FACIAL IRIS

RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

CBRN-E DETECTION DEVICE

INFRARED DETECTION OF HUMANS

BIOMETRIC IDENTIFICATION DEVICE

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE

UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

GATEWAY - INTERFACE

OPERATING SYSTEM (OS)

WIRELESS/ CELLULAR MODEM

RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

INTERNET WiFi

GLOBAL POSITIONING SYSTEM (GPS)

CELLULAR

SATELLITES

RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

BIOMETRIC FINGERPRINT FACIAL IRIS

DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS



INTERCONNECTION CAPABILITIES
12
COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE
RESPONDENT'S MOBILE DEVICE iPHONE 8
2
CELLULAR
3
WIRELESS/ CELLULAR MODEM
6
OPERATING SYSTEM (OS)
1
COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)
8
GATEWAY - INTERFACE
4
SATELLITES
5
GLOBAL POSITIONING SYSTEM (GPS)
7
INTERNET WiFi
CBRN-E DETECTION DEVICE
13
INFRARED DETECTION OF HUMANS
14
BIOMETRIC IDENTIFICATION DEVICE
15
WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING
16
SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE
17
VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE
18
UNMANNED VEHICLES; LAND,AIR,WATER AUTONOMOUS VEHICLES
19
HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC
20
GATEWAY - INTERFACE
OPERATING SYSTEM (OS)
WIRELESS/ CELLULAR MODEM
22
CELLULAR
26
23
21
RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)
27
25
INTERNET WiFi
GLOBAL POSITIONING SYSTEM (GPS)
24
SATELLITES
DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS
9
BIOMETRIC FINGERPRINT FACIAL IRIS
10
RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)
11
RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)
28
BIOMETRIC FINGERPRINT FACIAL IRIS
29
DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS
30

General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, and LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. The GM Remote Access Apps allows the CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles doors; remotely start and cancel start the vehicles; sound the horn of the vehicles; or, flash the lights of the vehicles.

GM Remote Access system Android Compatibility: You can utilize Google's Android Auto to connect your smartphone to the GM Remote Access system. General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are downloaded from Google Play for managing GM's vehicles remotely.

**SAMSUNG's CMDC DEVICES**

| Samsung: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The GM Remote Access Apps is the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. | A monitoring device, comprising: | A cell phone comprising:<br><br>*Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation* | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of Samsung's CMDC devices: CPU that's a part of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>*Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document* |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC devices has various sensors like the temperature sensor for the battery and the CPU or processor. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| Samsung's CMDC devices accelerometers handle axis-based motion sensing—reason why the smartphone can track steps without a separate wearable. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| Samsung's CMDC device has set the bar with the highest-rated smartphone displays. With a panel produced by Samsung, and optimized by Apple | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| Samsung's CMDC device: GPS with A-GPS, GLONASS, BDS, GALILEO | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

3

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC device: Wi-Fi, dual-band, Wi-Fi Direct, hotspot<br><br>GM Remote Access system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein at least one of a… WiFi connection, internet connection… capable of signal communication with… the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the… device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi… | X |
| Samsung's CMDC device: cellular connection; Bluetooth<br><br>GM Remote Access system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| Samsung's CMDC device: After several unsuccessful log-in attempts using a passcode or fingerprint, the Samsung CMDC device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC devices Fast Charge power bank has a capacity of 5,100mAh and can provide up to 1.5 charges for the majority of smartphones. The power bank has an LED power indicator; comes with a micro USB cable and a micro USB to USB Type-C adapter. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| Samsung's CMDC devices allows fingerprints to set-up the fingerprint scanner for easy log-in and lock-out. Face unlock uses the front-facing camera to identify the user and unlock the device. Iris scanning uses special sensors on front of phone to identify and unlock the device. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop… is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air using a "sample jet" and sends detection data to another phone or a computer<br><br>Samsung's S3 Classic electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| Samsung's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Samsung Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

6

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC device, near-field communication (NFC) Ring can unlock the device. The NFC Ring has two NFC tag inlays inside the ring and can be used to unlock & control mobile devices | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Samsung's SmartThings contains: Connects to appliances, lights, locks, cameras, thermostats, sensors. BMW Digital Key to lock/unlock; and start it up with Samsung phones only.<br><br>The GM Remote Access Apps allows the Samsung CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's SmartThings Home Monitoring Kit contains: one SmartThings Hub, two SmartThings Multipurpose Sensors, one SmartThings Motion Sensor, and one SmartThings Outlet. Connects to appliances, lights, speakers, locks, cameras, thermostats, sensors. Get alerts on smartphone if there's unexpected entry or motion in the home. | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| Samsung's CMDC devices (i.e. at least the Galaxy Note 8 & Galaxy S8 smartphones, and Samsung Gear S3 Classic | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

| | | | | | |
|---|---|---|---|---|---|
| Samsung's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. Samsung Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |

9



INTERCONNECTION CAPABILITIES

12

COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE

RESPONDENT'S MOBILE DEVICE GALAXY NOTE 8

2 CELLULAR

22 CELLULAR

3 WIRELESS/CELLULAR MODEM

6 OPERATING SYSTEM (OS)

CBRN-E DETECTION DEVICE — 13

INFRARED DETECTION OF HUMANS — 14

BIOMETRIC IDENTIFICATION DEVICE

15

OPERATING SYSTEM (OS) 26

WIRELESS/CELLULAR MODEM 23

8

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

GATEWAY - INTERFACE

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

16

20

GATEWAY - INTERFACE

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

17

VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE

18

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

24 SATELLITES

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

19

HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC) 28

BIOMETRIC FINGERPRINT FACIAL IRIS 29

DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS 30



INTERCONNECTION CAPABILITIES

12

COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE

RESPONDENT'S MOBILE DEVICE GALAXY S8

2 CELLULAR

3 WIRELESS/ CELLULAR MODEM

6 OPERATING SYSTEM (OS)

8 GATEWAY - INTERFACE

CBRN-E DETECTION DEVICE 13

INFRARED DETECTION OF HUMANS 14

BIOMETRIC IDENTIFICATION DEVICE 15

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING 16

SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE 17

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE 18

UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

19 HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

20 GATEWAY - INTERFACE

26 OPERATING SYSTEM (OS)

23 WIRELESS/ CELLULAR MODEM

22 CELLULAR

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

24 SATELLITES

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, and LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. The GM Remote Access Apps allows the CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles doors; remotely start and cancel start the vehicles; sound the horn of the vehicles; or, flash the lights of the vehicles.

GM Remote Access system Android Compatibility: You can utilize Google's Android Auto to connect your smartphone to the GM Remote Access system. General Motors Company (GM) myChevrolet, myBuick, myGMC and myCadillac mobile apps are downloaded from Google Play for managing GM's vehicles remotely.

**LG's CMDC DEVICES**

| LG Electronics: CMDC Device | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,589,439; Independent Claim 22 | Patent #: 9,096,189; Independent Claim 1 | Patent #: 7,385,497; Independent Claim 1 |
|---|---|---|---|---|---|
| The GM Remote Access Apps is the "gateway", "integrator", or "interface" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Chevrolet, Buick, GMC and Cadillac vehicles. | A monitoring device, comprising: | A cell phone comprising:<br><br>Note: This claim 23 of the '439 patent covers the 'new and improved' cell phone (utility patent requirement) the DHS requested in its Cell-All solicitation | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | A multi sensor detection and lock disabling system for monitoring products and for detecting chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: |
| The performance of LG's CMDC devices: CPU that's at the core of the chipset is vital for the daily user experience and the general computing performance of the electronic detection devices (i.e. smartphone). | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between a host computer and other devices; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices; | a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu);<br><br>Note: Golden's Patents for the Detector Case (i.e. CMDC device; electronic device) ornamental design that antedates Apple's 1st Patent for the Smartphone (i.e. electronic device) ornamental design is illustrated in a chart included in this document |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC devices has an internal temperature sensor which monitors the CPU and battery temperature of device | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X | X | X |
| LG's CMDC devices, starting with LG G2, you can calibrate the motion sensor by going to Settings > General tab > Motion. | at least one motion sensor in communication with the at least one CPU; | X | X | X | X |
| LG's CMDC devices: Thin Q has "the brightest" screen of any smartphone, thanks to its Super Bright Display technology. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X | X | each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor |
| LG's CMDC devices: GPS with A-GPS, GLONASS, and BDS | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | whereupon a signal sent to the receiver of at least one of... a cell phone detection device... from a satellite or a cell phone tower or... a GPS connection... causes a signal that includes at least one of location data or sensor data to be sent to the communication device... | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection; | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC devices: Wi-Fi, Wi-Fi Direct<br><br>GM Remote Access system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein at least one of a... WiFi connection, internet connection... capable of signal communication with... the communication device, the receiver of the communication device, or the central processing unit (CPU). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi... | X |
| LG's CMDC devices: cellular connection; Bluetooth<br><br>GM Remote Access system Android Compatibility: CMDC device must be running Android 5.0 or higher | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short range radio frequency (RF) connection, or GPS connection; | X | X |
| After multiple unsuccessful attempts, LG's CMDC devices will automatically perform a factory data reset and all of the personal files will be erased. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | X | an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and |

| | | | | | |
|---|---|---|---|---|---|
| Battery Charging Specification, is power drawn from a USB port for charging. Three different sources of power: Standard downstream port (SDP), charging downstream port (CDP), and dedicated charging port (DCP). Wireless charging | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | X | an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; |
| LG's CMDC devices: features include sensors for face/smile detection, iris scanner, and fingerprint recognition. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | X |

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC wireless, wearable, mobile, device detects and identify chemicals in the air and sends detection data to another phone or a computer<br><br>LG Watch Sport Smartwatch wireless, wearable, mobile, electronic detection device for chem / bio / human heart rate detection and monitoring at rest or active | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... | a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; |
| LG's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. LG Smartphone) or a computer<br>"How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; |

6

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC device, NFC is a short-range high frequency wireless communication technology; enables the exchange of data between devices; share content between digital devices. | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device; | X | X |
| Voice Mate (i.e. Quick Voice; Q Voice) built-in application for various LG CMDC devices (i.e. smartphone); lock and unlock doors, activate and deactivate security systems.<br><br>The GM Remote Access Apps allows the LG CMDC device user to command the forenamed vehicles to at least lock and unlock the vehicles' doors; remotely start and cancel start the vehicles | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals. |

| | | | | |
|---|---|---|---|---|
| Voice Mate (i.e. Quick Voice; Q Voice) built-in application for various LG CMDC devices (i.e. smartphone); automatic activation features; when car engine is started; lock and unlock doors, activate and deactivate security systems. LG SmartThinQ® app for smart home appliances built on an open platform, so it will work with evolving smart devices… | X | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | X |
| LG's CMDC devices (i.e. at least LG G5 & LG V10 smartphones, and LG Watch Sport Smartwatch | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | X |

8

| | | | | | |
|---|---|---|---|---|---|
| LG's CMDC device detects and identify chemicals in the air using a "sample jet" and sends detection data to another device (e.g. LG Smartphone) or a computer "How does it work?" Shows indicator lights for the monitoring device; relayed over a cellular network to the monitoring center. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X | X | X |

9



INTERCONNECTION CAPABILITIES

12

COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE

RESPONDENT'S MOBILE DEVICE LG G6

2  CELLULAR

3  WIRELESS/ CELLULAR MODEM

6  OPERATING SYSTEM (OS)

8  GATEWAY - INTERFACE

1  COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

4  SATELLITES

5  GLOBAL POSITIONING SYSTEM (GPS)

7  INTERNET WiFi

9  DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10  BIOMETRIC FINGERPRINT FACIAL IRIS

11  RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

CBRN-E DETECTION DEVICE  13

INFRARED DETECTION OF HUMANS  14

BIOMETRIC IDENTIFICATION DEVICE  15

WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING  16

SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE  17

VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE  18

UNMANNED VEHICLES; LAND,AIR,WATER AUTONOMOUS VEHICLES  19

HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

20  GATEWAY - INTERFACE

26  OPERATING SYSTEM (OS)

23  WIRELESS/ CELLULAR MODEM

22  CELLULAR

21  RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27  INTERNET WiFi

25  GLOBAL POSITIONING SYSTEM (GPS)

24  SATELLITES

28  RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29  BIOMETRIC FINGERPRINT FACIAL IRIS

30  DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS



**COMPLAINANT'S COMMUNICATION, MONITORING DETECTING, CONTROLLING (CMDC) DEVICE**

2 CELLULAR

3 WIRELESS/ CELLULAR MODEM

6 OPERATING SYSTEM (OS)

8 GATEWAY - INTERFACE

1 COMPLAINANT'S CENTRAL PROCESSING UNIT (CPU)

4 SATELLITES

5 GLOBAL POSITIONING SYSTEM (GPS)

7 INTERNET WiFi

9 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

10 BIOMETRIC FINGERPRINT FACIAL IRIS

11 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

**INTERCONNECTION CAPABILITIES**

12

13 CBRN-E DETECTION DEVICE

14 INFRARED DETECTION OF HUMANS

15 BIOMETRIC IDENTIFICATION DEVICE

16 WEARABLE MEDICAL DEVICE - CHEM/BIO MONITORING

17 SMARTWATCH DETECTION CHEM/BIO/HUMAN+HEARTRATE

18 VEHICLE STALL-STOP-SLOWDOWN, LOCKS, IGNITION, TEMPERATURE

UNMANNED VEHICLES; LAND, AIR, WATER AUTONOMOUS VEHICLES

19 HOME BUILDING MONITORING LOCK, UNLOCK DOOR, ETC

**RESPONDENT'S MOBILE DEVICE LG V30**

22 CELLULAR

26 OPERATING SYSTEM (OS)

23 WIRELESS/ CELLULAR MODEM

20 GATEWAY - INTERFACE

21 RESPONDENT'S CENTRAL PROCESSING UNIT (CPU)

27 INTERNET WiFi

25 GLOBAL POSITIONING SYSTEM (GPS)

24 SATELLITES

28 RADIO FREQUENCY (RF) NEAR FIELD COMMUNICATION (NFC)

29 BIOMETRIC FINGERPRINT FACIAL IRIS

30 DISABLING LOCK MECHANISM AFTER MULTIPLE FAILED ATTEMPTS

**Requirements / GM Remote Access System:**

- The vehicle access features of GM's myChevrolet, myBuick, myGMC and myCadillac mobile apps require an active OnStar plan.
- It also requires the user to download the app, create an OnStar user ID and password, and log into GM's myChevrolet, myBuick, myGMC or myCadillac mobile apps.
- Running on a mobile device, such as a smartphone or tablet, the app connects to the OnStar data center using the Internet — either through a cellular network (like 3G or 4G) or through Wi-Fi.
- When a user requests a remote command (such as door lock/unlock), the app sends a signal to OnStar data centers (again, via the Internet).
- The data center then sends a response, which is sent to the vehicle (such as the request for remote door lock/unlock) over the Internet using a cellular connection.
- The cellular carriers vary by geography: In the U.S., the carrier is Verizon Wireless on vehicles without 4G and AT&T on 4G-equipped vehicles.

**GM REMOTE ACCESS SYSTEM**

| GM Remote Access System | Patent Owner's CMDC Device Patent #: 10,163,287; Independent Claim 1 |
|---|---|
| The GM Remote Access Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Chevrolet, Buick, GMC, and Cadillac vehicles for locking and unlocking the vehicles doors. | Monitoring equipment that is at least one of products grouped together by common features of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to a lock for communication therebetween; the monitoring equipment comprising: |
| System-on-a-chip (SoC) that comprises a Central Processing Unit (CPU) is a component of the CMDC smartphone. The CMDC smartphone is a process of the GM Remote Access System. | at least one of a central processing unit (CPU), a network processor, or a front end processor for communication between the monitoring equipment and the lock |
| The GM Remote Access App downloaded on the CMDC smartphones enables a signal to be sent to the vehicles to lock or unlock the vehicles' doors. The GM Remote Access App and the CMDC smartphone are processes of the GM Remote Access System. | a transmitter for transmitting signals and messages to at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock; |
| The GM Remote Access App downloaded on the CMDC smartphones enables a signal to be received from the vehicles of the lock or unlock status of the vehicles' doors. The GM Remote Access App and the CMDC smartphone are processes of the GM Remote Access System. | a receiver for receiving signals from at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock |

| | |
|---|---|
| Safety feature of the CMDC smartphones. The CMDC smartphone is a process of the GM Remote Access System | a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) the monitoring equipment after a specific number of tries; |
| Read and performance feature of the CMDC smartphones. The CMDC smartphone is a process of the GM Remote Access System | a short-range radio frequency (RF) connection that is near-field communication (NFC); |
| GM Remote system iPhone Compatibility: CMDC device requires iOS 10.0 or later. GM Remote system Android Compatibility: CMDC device must be running Android 5.0 or higher. Operating systems are components of the CMDC smartphones that enables Wi-fi, Bluetooth, and cellular. The CMDC smartphone is a process of the GM Remote Access System. | at least one of the satellite connection, Bluetooth connection, WiFi connection, Internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection that is capable of signal communication with the transmitter or the receiver; |
| Security feature of the CMDC smartphones. The CMDC smartphone is a process of the GM Remote Access System | at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature recognition system; and, |
| The GM Remote Access Apps are the "gateways", "integrators", or "interfaces" for interconnecting the Patent Owner's CMDC device (i.e. at least Apple, Samsung, LG CMDC smartphones) to the Chevrolet, Buick, GMC, and Cadillac vehicles for locking and unlocking the vehicles doors. | the monitoring equipment being capable of sending signals to engage (lock), disengage (unlock), or disable (make unavailable) at least one of a remote lock, an electrical lock, a mechanical lock, or automatic lock, whereupon a signal is sent to the receiver of the monitoring equipment from at least one of the remote lock, electrical lock, mechanical lock, or automatic lock, the signal comprising at least one of location data or lock status data to be sent to the monitoring equipment. |

3

Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least

Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision

braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control.

**GM PRE-PROGRAMMED STALL, STOP, OR VEHICLE SLOW-DOWN SYSTEMS**

1

| GM Pre-programmed Stall, Stop, or Vehicle Slow-down System | Patent Owner's CMDC Device Patent #: RES$#,891; Independent Claim 44 |
|---|---|
| GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems for at least Chrysler, Dodge, Jeep, and Ram vehicles | A vehicles' stall-to-stop system or vehicle slowdown system in signal communication with a pre-programmed automated system is adapted, modified, or designed to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising: |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor; |
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor; |
| Preprogrammed interactive electrical system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; |

| | a receiver in computer communication with the computer system and adapted to receive at least one control signal in response to one of the vehicle's operating systems for monitoring the vehicle's condition upon exceeding a pre-programmed vehicle operating system parameter from the pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means such that the speed of the vehicle is initially decreased immediately after activation of the means upon initial receipt of the at least one control signal; and |
|---|---|
| Preprogrammed interactive computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | |
| Preprogrammed interactive electrical system or computer system for stalling, stopping, or slowing down at least Chevrolet, Buick, GMC and Cadillac vehicles equipped with at least, Brake-throttle override; Forward Collision braking; Rear Collision braking; Electronic stability control (ESC); Lane Keep Assist; or, Adaptive Cruise Control. | wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor. |
| **GM Pre-programmed Stall, Stop, or Vehicle Slow-down Systems** | **Patent Owner's CMDC Device** <br> **Patent #: RE43,891; Dependent Claim 47, 48, 49, 50, 51, & 53** |
| Enhanced Smart Pedal Technology: Known as brake override, reduces power to the engine in cases where the brake and accelerator pedal are being simultaneously depressed. | 47. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a brake override system for stopping or slowing a vehicle experiencing unintended acceleration. |

3

| | |
|---|---|
| Front Automatic Braking: Helps a driver avoid a forward crash or reduce the severity of crashing into a vehicle in front of it, whether it is moving or has come to a stop. | 48. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a pre-crash system for stopping or slowing a vehicle to prevent a crash. |
| Rear Automatic Braking: Helps the driver avoid a crash or to mitigate the impact into objects directly behind their vehicle by bringing the vehicle to a stop. | 49. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a reverse acceleration slow-down system for stopping or slowing a vehicle traveling in reverse. |
| Electronic Stability Control (ESC): Detects loss of steering control, it automatically applies the brakes to help "steer" the vehicle. Braking is automatically applied. | 50. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a stabilization system for stopping or slowing a vehicle to prevent a vehicle turnover. |
| Lane Keep Assist: Represents an upgrade of Lane Departure Warning. The feature is listed as "Lane Keep Assist with Lane Departure Warning". | 51. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as a lane departure system for stopping or slowing a vehicle to prevent or minimize accidents when the vehicle begins to move out of its lane. |

4

| Adaptive Cruise Control: The technology automatically accelerates and brakes the vehicle up to moderate levels to maintain a driver-selected following gap (distance). | 53. The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 44, further can be adapted, modified or designed to include a vehicle system designed to perform as an adjusted cruise control system for stopping or slowing a vehicle to prevent a crash. |
|---|---|

**Illustration 1**



Smartphone
or
Handheld

Monitoring
Site

# CELLULAR

**Illustration 2**



Smartphone
or
Handheld

Monitoring
Site

# SATELLITE

**Illustration 3**

Handheld
Communication
Device



Portable
Communication
Device



Fixed
Communication
Device



# ELECTROMAGNETIC PULSE (EMP)

**Illustration 4**

Handheld
Communication
Device



Portable
Communication
Device



Fixed
Communication
Device



# ELECTROSTATIC DISCHARGE (ESD)

**Illustration 5**






# HIGH POWER MICROWAVE (HPM)

**Illustration 6**



# RADIO FREQUENCY (RF)

**Illustration 7**



## PRE-PROGRAMMED AUTOMATED SYSTEM
## ACTIVATED BY THE BOMB DETECTION SYSTEM

**Illustration 8**



## PRE-PROGRAMMED AUTOMATED SYSTEM
## ACTIVATED BY THE PRE-CRASH SYSTEM



**Fig. 18**

**SMARTPHONE / LAPTOP**