AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Golden | |
| *Plaintiff* | |
| v. | Civil Action No.    6:19-cv-2557-DCC |
| Apple Inc., Samsung Electronics USA, LG Electronics USA Inc., Qualcomm Inc., Motorola Solutions Inc., Panasonic Corporation, AT&T Inc., Verizon Corporate Services Group, Sprint Corporation, T-Mobile USA Inc., Ford Global Technologies LLC, Fairway Ford Lincoln of Greenville, General Motiors Company, Kevin Whitaker Chevrolet, FCA US LLC, Big O Dodge Chrysler Jeep Ram | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: this action is dismissed without prejudice and without issuance of service of process.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:    January 27, 2020

*CLERK OF COURT*

s/Angela Lewis, Deputy Clerk

*Signature of Clerk or Deputy Clerk*