FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

## for the

### District of South Carolina

Larry Golden, Plaintiff,

v.   Case No. 6:19-cv-2557-DCC

Apple, Inc. et al, Defendant.

*USDC. CLERK GREENVILLE RECEIVED 2020 JAN 31 AM 10: 48*

## NOTICE OF APPEAL

Notice is hereby given that Larry Golden (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgement (from the final judgment) ((from an order) (describe the order)) entered in this action on January 27, 2020

*(Signature of appellant or attorney)* — Larry Golden

Larry Golden
740 Woodruff Road, #1102
Greenville, SC 29607
atpg-tech@charter.net

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.