# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**APPLE INC.,**
*Defendant-Appellee*

**AT&T INC., BIG O DODGE CHRYSLER JEEP RAM, FCA US LLC, FAIRWAY FORD LINCOLN OF GREENVILLE, FORD GLOBAL TECHNOLOGIES, LLC, GENERAL MOTORS COMPANY, KEVIN WHITAKER CHEVROLET, LG ELECTRONICS USA INC, MOTOROLA SOLUTIONS, INC., PANASONIC CORPORATION, QUALCOMM, INC., SAMSUNG ELECTRONICS USA, SPRINT CORPORATION, T-MOBILE USA, INC., VERIZON CORPORATE SERVICES GROUP,**
*Defendants*

---

2020-1508

---

Appeal from the United States District Court for the District of South Carolina in No. 6:19-cv-02557-DCC, Judge Donald C. Coggins, Jr.

---

**MANDATE**

---

    In accordance with the judgment of this Court, entered September 3, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                                                        FOR THE COURT

October 14, 2020                /s/ Peter R. Marksteiner
                                            Peter R. Marksteiner
                                            Clerk of Court