# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**APPLE INC.,**
*Defendant-Appellee*

**AT&T INC., BIG O DODGE CHRYSLER JEEP RAM, FCA US LLC, FAIRWAY FORD LINCOLN OF GREENVILLE, FORD GLOBAL TECHNOLOGIES, LLC, GENERAL MOTORS COMPANY, KEVIN WHITAKER CHEVROLET, LG ELECTRONICS USA INC, MOTOROLA SOLUTIONS, INC., PANASONIC CORPORATION, QUALCOMM, INC., SAMSUNG ELECTRONICS USA, SPRINT CORPORATION, T-MOBILE USA, INC., VERIZON CORPORATE SERVICES GROUP,**
*Defendants*

---

2020-1508

---

Appeal from the United States District Court for the District of South Carolina in No. 6:19-cv-02557-DCC, Judge Donald C. Coggins, Jr..

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

    ENTERED BY ORDER OF THE COURT

September 3, 2020    /s/ Peter R. Marksteiner
             Peter R. Marksteiner
             Clerk of Court